STATE EX REL. HENDERSON v. BOONE CIRCUIT COURT, THOMPSON, JUDGE.

[No. 0-562.   Filed May 13, 1959.]

*Alfreddie Henderson, pro se.*

*Edwin K. Steers,* Attorney General, and *Owen S. Boling,* Deputy Attorney General, for respondent.

PER CURIAM—Relator asks that an alternative writ of mandate issue for the respondent to show cause why he should not hear

and determine a petition for Error Coram Nobis, which proceedings are pending in the Boone Circuit Court.

It being shown to this court that said proceedings are set for hearing and determination on June 20, 1959, the subject of this petition is now considered moot and the same is dismissed.

NOTE.—Reported in 158 N. E. 2d 457.